## No. 17,188.

DENVER CHICAGO TRUCKING COMPANY *v.* FAMULARO ET AL.

(270 P. [2d] 1053)

Decided June 1, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN T. DUGAN, for plaintiff in error.

Mr. HAROLD TAFT KING, for defendants in error.